FILED
DEC -9 PM 3:49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Powertronix Corporation, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PV Powered, Inc., an Oregon corporation,<br><br>    Defendant. | CASE NO. CV 08 5187 ~~EMC~~ MMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Mark Brookstein, of Gould & Ratner LLP, whose business address and telephone number is

222 N. LaSalle Street, Suite 800
Chicago, IL 60601
(312) 236-3003

and who is an active member in good standing of the bar of U.S., Northern District of IL, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing PV Powered, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 12, 2008

_____
United States District Judge

United States District Court
For the Northern District of California