MAKOFFS LLP
Jeffrey T. Makoff (CA Bar No. 120004)
555 California Street, Third Floor
San Francisco, California 94104
Telephone:    (415) 789-8938
Facsimile:    (415) 840-0237
Email: jmakoff@makoffs.com

GOULD & RATNER LLP
Robert A. Carson (pro hac vice)
Mark D. Brookstein (pro hac vice)
222 N. LaSalle Street, 8th Floor
Chicago, Illinois  60601
Telephone:    (312) 236-3003
Facsimile:    (312) 236-3241
Email: RCarson@gouldratner.com
Email: MBrookstein@gouldratner.com

Attorneys for Defendant
PV POWERED, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| POWERTRONIX CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PV POWERED, INC., an Oregon corporation,<br><br>Defendant.<br>_____ | CASE NO:  CV 08-05187 MMC<br><br>[~~PROPOSED~~] ORDER RE: PARTIES' STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Current CMC Date: February 27, 2009<br>Requested CMC Date: March 6, 2009<br>Time: 10:30 a.m.<br>Place: Courtroom: 7<br>Judge: Hon. Maxine M. Chesney |

_____
**[PROPOSED] ORDER RE: PARTIES' STIPULATION REQUESTING
CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
CASE NO. CV 08-05187 MMC**

1  The Court, having reviewed the parties' stipulation requesting a continuance of the
2  Case Management Conference in the above-entitled action and good case appearing therefore,
3  hereby ORDERS that the Case Management Conference scheduled for February 27, 2009 be
4  continued to __April 3_____, 2009 at 10:30 a.m. in Department 7.
5  IT IS SO ORDERED.

6
7  DATED: February _20_, 2009.                          _____
                                                        HONORABLE MAXINE M. CHESNEY
8                                                       UNITED STATES DISTRICT COURT FOR THE
                                                        NORTHERN DISTRICT OF CALIFORNIA
9
10 Presented by:

   MAKOFFS LLP
11
12
   By:_____/s/_____
13        Jeffrey T. Makoff
          Attorneys for Defendant
14        PV Powered, Inc.

1

**[PROPOSED] ORDER RE: PARTIES' STIPULATION REQUESTING
CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
CASE NO. CV 08-05187 MMC**