IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERTRONIX CORPORATION, | No. C-08-5187 MMC |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| PV POWERED, INC., | |
| Defendant.                                          / | |

On May 12, 2009, the ADR Case Administrator notified the Court that the mediation scheduled for May 7, 2009 in the above-titled action had been cancelled, in light of the parties' having reached a settlement of the action.  (See Docket Entry, dated May 12, 2009.)  To date, no dismissal has been filed in light of the settlement, nor have the parties otherwise advised the Court as to the status of the case.

Accordingly, the parties are hereby directed to attend a status conference on June 19, 2009 at 10:30 a.m., and to file a joint status conference statement no later than June 12, 2009.

**IT IS SO ORDERED.**

Dated:  June 3, 2009

_____
MAXINE M. CHESNEY
United States District Judge