MICHAEL R. SIMMONDS (SBN 96238)
TOMIO B. NARITA (SBN 156576)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA  94104-4816
Telephone:  (415) 283-1000
Facsimile: (415) 352-2625
msimmonds@snllp.com
tnarita@snllp.com

Attorneys for Plaintiff
Powertronix Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| POWERTRONIX CORPORATION, a California corporation, | CASE NO. 3:08-cv-05187-MMC |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL PURSUANT TO SETTLEMENT** ; ORDER THEREON |
| vs. | |
| PV POWERED, INC., an Oregon corporation, | Date:  Not set<br>Time:  Not set<br>Courtroom No. 7 |
| Defendant. | Honorable Maxine M. Chesney |

Plaintiff Powertronix Corporation and Defendant PV Powered, Inc. jointly move for entry of a dismissal pursuant to settlement, wherein this Court would retain jurisdiction for a brief period (to December 15, 2009) for the purpose of enforcing the settlement, if necessary.  In support of their motion, the parties state as follows:

1.  The parties have reached an agreement to settle this case, which settlement entails a series of installment payments.  The final installment is due on or prior to November 25, 2009.

2.  The Settlement Agreement further provides that in the event Defendant fails to timely pay any of the agreed installment payments, the Plaintiff shall, on five business days notice, be permitted to file a stipulation for the entry of judgment in a specified sum.

JOINT MOTION FOR DISMISSAL
Case No. 3:08-cv-05187-MMC

3. To facilitate this settlement, the parties jointly request this Court to enter a dismissal of this action, retaining jurisdiction through December 15, 2009, or such time thereafter as the Court may require, for the purpose of vacating the dismissal and entering judgment pursuant to the parties' stipulation, should the filing of same become necessary.

WHEREFORE, the parties jointly request entry of a dismissal of this action, with prejudice and without costs to any party, retaining jurisdiction through December 15, 2009, or such time thereafter as the Court may require, for the limited purpose of enforcing the settlement agreement as described herein, together with such other and further relief as the Court deems just and appropriate.

Dated:  June 3, 2009                     SIMMONDS & NARITA LLP


By: ___s/ Michael R. Simmonds___
     Michael R. Simmonds
     Attorneys for Plaintiff
     Powertronix Corporation

Dated:  June 3, 2009                     MAKOFFS LLP
                                           GOULD & RATNER LLP


By: ____s/ Robert A. Carson____
     Robert A. Carson
     Attorneys for Defendant
     PV Powered, Inc.

## ORDER

IT IS SO ORDERED, and the Court hereby retains jurisdiction to enforce the above-referenced settlement agreement.

Dated: June 8, 2009                     _____
                                               Maxine M. Chesney
                                               United States District Judge

JOINT MOTION FOR DISMISSAL
Case No. 3:08-cv-05187-MMC